**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Nevada
                 (State)

Case number (*If known*): _____   Chapter 7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Zomer, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   DBA Minions Construction

3. **Debtor's federal Employer Identification Number (EIN)**

   4 7 – 4686667 __ __ ___

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 1940 Canvas Edge Dr | |
   | Number      Street | Number      Street |
   | | PO BOX 778367 |
   | | P.O. Box |
   | Henderson      NV    89044 | Henderson      NV      89077 |
   | City      State    ZIP Code | City      State      ZIP Code |
   | Clark | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number      Street |
   | | City      State      ZIP Code |

5. **Debtor's website (URL)**

   minionsconstruction.com

Debtor    <u>Zomer LLC</u>                                     Case number (*if known*)_____
Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **Zomer LLC**
_____    Case number (if known)_____
          Name

---

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No

    ☐ Yes.  District _____  When _____  Case number _____
                                                    MM / DD / YYYY

                      District _____  When _____  Case number _____
                                                    MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No

    ☐ Yes.  Debtor _____  Relationship _____

                      District _____  When _____
                                                                        MM / DD / YYYY

                      Case number, if known _____

---

11. **Why is the case filed in this district?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                          Number        Street

                      _____

                      _____    _____
                      City                                        State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

                      Contact name _____

                      Phone _____

---

█ **Statistical and administrative information**

Debtor   Zomer LLC
_____
Name

Case number (if known)_____

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/21/2024
          MM  / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   Manager

Zsolt Szorenyi
_____
Printed name

---

Debtor _____          Case number (if known)_____
                        Name

**18. Signature of attorney**          ✘ _____          Date  _____
                                          Signature of attorney for debtor              MM   / DD / YYYY

                                          _____
                                          Printed name

                                          _____
                                          Firm name

                                          _____
                                          Number        Street

                                          _____          _____
                                          City                                State        ZIP Code

                                          _____          _____
                                          Contact phone                      Email address

                                          _____          _____
                                          Bar number                         State

**Fill in this information to identify the case:**

Debtor name ___Zomer LLC___

United States Bankruptcy Court for the: ___District of Nevada___ District of ___Nevada___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

---

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................
   $ 1,035,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................................
   $ 118,110.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................
   $ 1,153,110.00

---

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................
   $ 96,295.69

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................
   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............................
   + $ 400,000.66

4. **Total liabilities** ..............................................................
   Lines 2 + 3a + 3b
   $ 496,296.35

**Fill in this information to identify the case:**

Debtor name __Zomer LLC__

United States Bankruptcy Court for the: __District of Nevada__   District of __NV__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**                                                                      $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Chase | Checking | 7 5 1 8 | $ 0.00 |
   | 3.2. | Chase | Checking | 7 3 2 3 | $ 382.13 |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   |---|---|---|
   | 4.1. | _____ | $_____ |
   | 4.2. | _____ | $_____ |

5. **Total of Part 1**                                                                   $ 382.13
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | _____ | $_____ |
   | 7.2. | _____ | $_____ |

Debtor    Zomer LLC
_____
Name

Case number (if known)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:  6,215.00 _____ – 0.00 _____ = ........➔    $ 6,215.00 _____
face amount             doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $_____
face amount             doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 6,215.00 _____

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  Zomer LLC
_____    Case number (if known)_____
Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | ___/___/___<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | ___/___/___<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | ___/___/___<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>Tools and Equipment | 05/24/2024<br>MM / DD / YYYY | $ 0.00 | Appraisal | $ 6,580.00 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 6,580.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish<br>_____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles)<br>_____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | | $_____ |

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property

Debtor   Zomer LLC
         _____
         Name

Case number (*if known*)_____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

104,700.00

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** <br> Furniture and computers | $ 0.00 | Appraisal | $ 615 |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    Zomer LLC
          _____
          Name                                    Case number (if known)_____

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Ex. Appraisal 2013 LGS Industries 14' 2 axle Box Trailer #53BTS1429DF004514 | $ 0.00 | Appraisal | $ 2,500.00 |
| 47.2 See ex. Appraisal 2018 Mercedes Benz Metris Cargo Van #WD3PG2EA4J3416232 (95,000 miles) | $ 0.00 | Appraisal | $ 11,700.00 |
| 47.3 See Ex. Appraiser email 2018 Mercedes Benz Metris Conversion Van #WD$PG2EE4J3420036 (85,000 miles) | $ 0.00 | Appraisal | $ 25,500.00 |
| 47.4 Not company owned 2022 Chevrolet Corvette C8 3LT Z51 #1G1YC2D47N5100246 | $ 0.00 | Self evaluation | $ 65,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                    $ 104,700.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor    **Zomer LLC**
_____
Name

Case number (if known)_____

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Stor-It Storage | Lease of space | $ 0.00 | Self evaluation | $ 325/month expense |
| 55.2 1940 Canvas Edge Dr Henderson NV 89044<br>APN 191-11-816-029 owned by members | Owner | $ 0.00 | Self evaluation | $ 850,000.00 |
| 55.3 2 bedrooms condo at Woodlands Panma Pacifico Panama City Panama, Tower 4 Apt 210 Owned by owners | Owner | $ 0.00 | Self evaluation | $ 185,000.00 |
| 55.4 _____ | _____ | $ ___ | _____ | $ ___ |
| 55.5 _____ | _____ | $ ___ | _____ | $ ___ |
| 55.6 _____ | _____ | $ ___ | _____ | $ ___ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **1,035,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ ___ | _____ | $ ___ |
| 61. **Internet domain names and websites**<br>_____ | $ ___ | _____ | $ ___ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ ___ | _____ | $ ___ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ ___ | _____ | $ ___ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ ___ | _____ | $ ___ |
| 65. **Goodwill**<br>_____ | $ ___ | _____ | $ ___ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor  Zomer LLC
        Name                                                    Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

   _____   _____ – _____ = ➜  $_____
                                     Total face amount    doubtful or uncollectible amount
                                            104,700.00

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                          $_____

   Nature of claim       _____
   Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                          $_____

   Nature of claim       _____
   Amount requested      $_____

76. **Trusts, equitable or future interests in property**

   _____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____                          $_____
   _____                          $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Debtor   Zomer LLC
_____        Case number (if known)_____
         Name

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 6,215.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 6,580.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 615.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 104,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 1,035,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...........................91a. | $ 118,110.00 + 91b. | $ 1,035,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $ 1,153,110.00

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
  MB Financial Services

Describe debtor's property that is subject to a lien
  See Ex. A/B 2018 Mercedes Benz Metris Cargo Van #WD3PG2EA4J3416232

$ 1,913.06     $ 11,700.00

Creditor's mailing address
  Attn: Bankruptcy Dept/Managing Agent
  14372 Heritage Pkwy
  Fort Worth, TX 76177

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
  ☑ No
  ☐ Yes

Date debt was incurred  7/20/2024

Is anyone else liable on this claim?
  ☑ No
  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  7001

Do multiple creditors have an interest in the same property?
  ☑ No
  ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

_____

**2.2**

Creditor's name
  MB Financial Services

Describe debtor's property that is subject to a lien
  ee Ex. A/B 2018 Mercedes Benz Metris Passenger Van #WD4PG2EE4J3420036

$ 4,382.63     $ 25,500.00

Creditor's mailing address
  Attn: Bankruptcy Dept/Managing Agent
  14372 Heritage Pkwy
  Fort Worth, TX 76177

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
  ☑ No
  ☐ Yes

Date debt was incurred  11/13/2018

Is anyone else liable on this claim?
  ☑ No
  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  1001

Do multiple creditors have an interest in the same property?
  ☑ No
  ☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 96,295.69

Debtor   Zomer LLC
         Name

Case number (*if known*) _____

**Part 1:    Additional Page**

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

U.S. Small Business Adminstration

Describe debtor's property that is subject to a lien

All Assets                                          $ 90,000.00      $ 0.00

Creditor's mailing address

Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

Describe the lien
_____

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    5/22/2020

Last 4 digits of account number    7800

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

_____

Describe debtor's property that is subject to a lien

_____        $_____    $_____

Creditor's mailing address

_____
_____

Describe the lien
_____

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____
Name

Case number (if known) _____

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Zomer LLC

United States Bankruptcy Court for the:    District of Nevada    District of Nevada
                                                                   (State)

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor ___Zomer Case_____   Case number (if known)_____
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

American Express
Attn: Bankruptcy Dept/Managing Agent
PO BOX 60189
City of Industry, CA 91716-0189

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33,983.00

Basis for the claim: Charge Account

Date or dates debt was incurred  2023/2024
Last 4 digits of account number  4 0 0 5

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

American Express
Attn: Bankruptcy Dept/Managing Agent
PO BOX 60189
City of Industry, CA 91716-0189

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Charge Account

Date or dates debt was incurred  2024
Last 4 digits of account number  2 0 0 1

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Chase Card Member Service
Attn: Bankruptcy Dept/Managing Agent
PO BOX 6294
Carol Stream, IL 60197-6294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43,173.88

Basis for the claim: Charge Account

Date or dates debt was incurred  2023/2024
Last 4 digits of account number  0 8 4 4

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Chase Card Member Service
Attn: Bankruptcy Dept/Managing Agent
PO BOX 6294
Carol Stream, IL 60197-6294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26,754.10

Basis for the claim: Charge Account

Date or dates debt was incurred  2023/2024
Last 4 digits of account number  7 3 2 4

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Southwest Rapid Rewards
Att: Bankruptcy Dept/Managing Agent
PO BOX 15298
Wilmington, DE 19850-5298

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,613.94

Basis for the claim: Charge Account

Date or dates debt was incurred  2023/2024
Last 4 digits of account number  5 5 3 4

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Southwest Rapid Rewards
Att: Bankruptcy Dept/Managing Agent
PO BOX 15298
Wilmington, DE 19850-5298

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,175.90

Basis for the claim: Charge Account

Date or dates debt was incurred  2023/2024
Last 4 digits of account number  8 0 5 3

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Home Depot Credit Services
Attn: Managing Member
PO BOX 78047
Phoenix, AZ 85062-8047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: ___Charge Account___

Date or dates debt was incurred ___2024___

Last 4 digits of account number ___5 1 9 9___

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,000.00

---

**3.8** Nonpriority creditor's name and mailing address

CitiFinancial Servicing
Attn: Bankruptcy Dept/Managing Agent
PO BOX 6771
Sioux Falls, SD 57117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Charge Account___

Date or dates debt was incurred ___2023/2024___

Last 4 digits of account number ___7 4 6 5___

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,966.95

---

**3.9** Nonpriority creditor's name and mailing address

Truist Financial Corporation (Lightstream)
Attn: Bankruptcy Dept/Managing Agent
PO Box 117320
Atlanta, GA 30368-7320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Charge Account___

Date or dates debt was incurred ___8/14/2018___

Last 4 digits of account number ___2 3 9 8___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,090.39

---

**3.10** Nonpriority creditor's name and mailing address

Chase Sapphire Reserve
Attn: Bankruptcy Dept/Managing Agent
PO BOX 15298
Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Charge Account___

Date or dates debt was incurred ___2023/2024___

Last 4 digits of account number ___1 9 4 8___

Is the claim subject to offset?
☑ No
☐ Yes

$ 24,778.88

---

**3.11** Nonpriority creditor's name and mailing address

Best Buy Credit Services
Attn: Bankruptcy Dept/ Managing Agent
PO BOX 6204
SIOUX FALLS, SD 57117-6204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Charge Account___

Date or dates debt was incurred ___2023/2024___

Last 4 digits of account number ___7 9 5 2___

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,229.22

---

Debtor  Zomer LLC
_____
Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.12** Nonpriority creditor's name and mailing address

Cordan Electric (Cordan LLC)
Attn: Bankruptcy Dept/Managing Agent
8125 Eagle Clan Ct,
Las Vegas, Nevada 89131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 21,902.75

Basis for the claim: Vendor bill owed

Date or dates debt was incurred     2022/2023

Last 4 digits of account number     Zomer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Pedraza Law Services
Attn Bankruptcy Dept/Managing Agent
1517 Silver Mesa Way
Las Vegas, NV 89169

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,111.24

Basis for the claim: Vendor bill owed

Date or dates debt was incurred     2024

Last 4 digits of account number     Zomer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Lori Spencer Accounting
628 Avenue M
Boulder City, NV 89005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,500.00

Basis for the claim: Vendor bill owed

Date or dates debt was incurred     2022/2023/2024

Last 4 digits of account number     Zomer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Juan Alvarez granite installer
3840 Mountain Trail
Las Vegas, NV 89108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,160.00

Basis for the claim: Vendor bill owed

Date or dates debt was incurred     2024

Last 4 digits of account number     Zomer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

State of Nevada Controllers Office
Attn: Collections Department
101 N Carson St, Suite 5
Carson City, NV 89701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,437.75

Basis for the claim: Fine

Date or dates debt was incurred     2024

Last 4 digits of account number     Zomer

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Zomer LLC
        Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address
Phillip Trenchak Attorney

Attn: Phillip Trenchak
1614 S Maryland Pkwy
Las Vegas, 89104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Fees billed for services rendered

$ 42,922.66

Date or dates debt was incurred   2024

Last 4 digits of account number   Zsolt Szorenyi

Is the claim subject to offset?
☑ No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address
Matthew Friedman Attorney

Attn: Matthew Friedman
2200 Paseo Verde #350
Henderson, NV 89052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Fees billed for services rendered

$ 100,000.0.

Date or dates debt was incurred   2024

Last 4 digits of account number   Mercedes Tan

Is the claim subject to offset?
☑ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____
Zomer

Name

Case number (if known) _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.2. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.3. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.4. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

41. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.5. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.6. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.7. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.8. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.9. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.10. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

4.11. _____  Line ____
_____  ☐ Not listed. Explain _____  __ __ __ __
_____      _____

Debtor ___Zomer_____    Case number (if known)_____
Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

4.___ _____
_____
_____
Line _____
☐ Not listed. Explain _____
— — — —

Debtor ___Zome_____    Case number (if known)_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 400,000.66 |
| 5c. **Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | | $ 400,000.66 |

**Fill in this information to identify the case:**

Debtor name  Zomer LLC

United States Bankruptcy Court for the: District of Nevada    District of  Nevada
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Zomer LLC__

United States Bankruptcy Court for the: __District of Nevada__    District of __Nevada__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name / Mailing address | Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | Mercedes Tan<br>1940 Canvas Edge Dr — Street<br>Henderson NV 89044 — City / State / ZIP Code | American Express | ☐ D<br>☑ E/F 3.1/3.2<br>☐ G |
| 2.2 | Zsolt Szorenyi<br>PO BOX 778367 — Street<br>Henderson NV 89077 — City / State / ZIP Code | Chase Card Member Service | ☐ D<br>☑ E/F 3.3/3.4<br>☐ G |
| 2.3 | Zsolt Szorenyi<br>PO BOX 778367 — Street<br>Henderson NV 89077 — City / State / ZIP Code | Southwest Rapid Rewards | ☐ D<br>☑ E/F 3.5/3/6<br>☐ G |
| 2.4 | Zsolt Szorenyi<br>PO BOX 778367 — Street<br>Henderson NV 89077 — City / State / ZIP Code | Home Depot Credit Services | ☐ D<br>☑ E/F 3.7<br>☐ G |
| 2.5 | Zsolt Szorenyi<br>PO BOX 778367 — Street<br>Henderson NV 89077 — City / State / ZIP Code | CitiFinancial Services | ☐ D<br>☑ E/F 3.8<br>☐ G |
| 2.6 | Zsolt Szorenyi<br>PO BOX 778367 — Street<br>Henderson NV 89077 — City / State / ZIP Code | Truist Financial Corporation | ☐ D<br>☑ E/F 3.9<br>☐ G |

Debtor    Zomer LLC
_____
Name

Case number (if known) _____

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| | Name | Mailing address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.7 | Mercedes Tan | 1940 Canvas Edge Dr<br>Street | | | Chase Sapphire Reserve | ☐ D<br>☑ E/F 3.10<br>☐ G |
| | | Henderson City | NV State | 89044 ZIP Code | | |
| 2.8 | Zsolt Szorenyi | PO BOX 778367<br>Street | | | Best Buy Credit Services | ☐ D<br>☑ E/F 3.11<br>☐ G |
| | | Henderson City | NV State | 89077 ZIP Code | | |
| 2.9 | Zsolt Szorenyi | PO BOX 778367<br>Street | | | Cordan Electric (Cordan LLC) | ☐ D<br>☑ E/F 3.12<br>☐ G |
| | | Henderson City | NV State | 89077 ZIP Code | | |
| 2.10 | Zsolt Szorenyi | PO BOX 778367<br>Street | | | Pedraza Law Services | ☐ D<br>☑ E/F 3.13<br>☐ G |
| | | Henderson City | NV State | 89077 ZIP Code | | |
| 2.11 | Zsolt Szorenyi | PO BOX 778367<br>Street | | | Lori Spencer Accounting | ☐ D<br>☑ E/F 3.14<br>☐ G |
| | | Henderson City | NV State | 89077 ZIP Code | | |
| 2.12 | Zsolt Szorenyi | PO BOX 778367<br>Street | | | Juan Alvarez granite installer | ☐ D<br>☑ E/F 3.15<br>☐ G |
| | | Henderson City | NV State | 89077 ZIP Code | | |
| 2.13 | Zsolt Szorenyi | PO BOX 778367<br>Street | | | State of Nevada Controllers Office | ☐ D<br>☑ E/F 3.16<br>☐ G |
| | | Henderson City | NV State | 89077 ZIP Code | | |
| 2.14 | Zsolt Szorenyi | PO BOX 778367<br>Street | | | Phillip Trenchak Attorney | ☐ D<br>☑ E/F 3.17<br>☐ G |
| | | Henderson City | NV State | 89077 ZIP Code | | |

Debtor    Zomer LLC
          _____
          Name

Case number (if known)_____

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

2.15  Mercedes Tan

1940 Canvas Edge Dr
Street

Henderson          NV          89044
City               State       ZIP Code

Matthew Friedman Attorney

☐ D
☑ E/F 3.18
☐ G

---

2.___

Street

City          State          ZIP Code

☐ D
☐ E/F
☐ G

---

2.___

Street

City          State          ZIP Code

☐ D
☐ E/F
☐ G

---

2.___

Street

City          State          ZIP Code

☐ D
☐ E/F
☐ G

---

2.___

Street

City          State          ZIP Code

☐ D
☐ E/F
☐ G

---

2.___

Street

City          State          ZIP Code

☐ D
☐ E/F
☐ G

---

2.___

Street

City          State          ZIP Code

☐ D
☐ E/F
☐ G

---

2.___

Street

City          State          ZIP Code

☐ D
☐ E/F
☐ G

---

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Official form 207

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/21/2024        ✗ _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                              ZSOLT SZORENYI
                              Printed name

                              MANAGER
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Zomer LLC

United States Bankruptcy Court for the:    District of Nevada    District of    Nevada
(State)

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 1/1/2024 <br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $ 411,947.19 |
| **For prior year:** | From 1/1/2023 <br>MM / DD / YYYY | to 12/31/2023 <br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 938,370.54 |
| **For the year before that:** | From 1/1/2022 <br>MM / DD / YYYY | to 12/31/2022 <br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,766,714.47 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ <br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
| **For prior year:** | From _____ <br>MM / DD / YYYY | to _____ <br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ <br>MM / DD / YYYY | to _____ <br>MM / DD / YYYY | _____ | $ _____ |

Debtor    Zomer LLC _____    Case number (if known)_____
　　　　　Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** | | | |
| Creditor's name | _____ | $_____ | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| Street | _____ | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City　　　　　State　　ZIP Code | _____ | | ☐ Other _____ |
| **3.2.** | | | |
| | _____ | $_____ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| | _____ | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| | _____ | | ☐ Other _____ |
| City　　　　　State　　ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** | | | |
| Insider's name | _____ | $_____ | _____ |
| | | | _____ |
| Street | | | _____ |
| | | | |
| City　　　　　State　　ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |
| **4.2.** | | | |
| | _____ | $_____ | _____ |
| Insider's name | | | _____ |
| | | | _____ |
| Street | | | |
| | | | |
| City　　　　　State　　ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |

Debtor    Zomer LLC
Name

Case number (if known)_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City   State   ZIP Code | | | |
| 5.2. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| City   State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Small Case Lawsuit | Client refused to pay | Las Vegas Justice Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | 200 Lewis Ave | ☐ Concluded |
| | 24A001048 | | Street | |
| | | | Las Vegas   NV   89101 | |
| | | | City   State   ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City   State   ZIP Code | |

Debtor    Zomer LLC _____    Case number (if known)_____
         Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| City        State        ZIP Code | Case number | Street |
| | | City        State        ZIP Code |
| | Date of order or assignment | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ | _____ | _____ | $_____ |

Debtor _____Zomer LLC_____      Case number (if known)_____
                    Name

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor    Zomer LLC _____      Case number (if known)_____
      Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 6255 McLeod Dr #19 | From 11/15/2019   To 11/15/2022 |
| | Street | |
| | Las Vegas    NV    89121 | |
| | City     State     ZIP Code | |
| 14.2. | _____ | From _____   To _____ |
| | Street | |
| | _____ | |
| | _____ | |
| | City     State     ZIP Code | |

Debtor    Zomer LLC
_____    Case number (if known)_____
Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. 
Facility name _____

Street _____

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City    State    ZIP Code

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2. 
Facility name _____

Street _____

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City    State    ZIP Code

☐ Electronically
☐ Paper

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

Name of plan    Employer identification number of the plan

_____    EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No
☐ Yes

---

Debtor    Zomer LLC
_____          Case number *(if known)*_____
          Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____<br><br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Stor-It Mini Warehouse<br>Name<br>3380 Arville St 3-37<br>Street<br>Las Vegas     NV     89102<br>City          State          ZIP Code | Zsolt Szorenyi<br>_____<br>_____<br><br>Address<br>PO BOX 778367<br>Henderson, NV 89077 | Tools, parts, holiday decorations<br>_____<br>_____ | ☐ No<br>☑ Yes<br><br>Type text here |

Debtor    Zomer LLC
_____    Case number (if known)_____
Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor      Zomer LLC _____          Case number (if known)_____
                    Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:**      **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | Gift basket business | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| Street | | |
| City          State          ZIP Code | | From _____   To _____ |
| 25.2. | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| Street | | |
| City          State          ZIP Code | | From _____   To _____ |
| 25.3. | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| Street | | |
| City          State          ZIP Code | | From _____   To _____ |

---

Debtor    Zomer LLC
_____    Case number (if known)_____
Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|

26a.1.    Lori Spencer
Name

Street

628 Avenue M
Boulder City,                                    NV              89005
City                              State        ZIP Code

From __2016__    To __PRESENT__

26a.2.    Jack & Co., Ltd. Mia Jack
Name
6206 W Desert Inn Road Suite A
Street

Las Vegas,                        NV            89146
City                              State          ZIP Code

From __2016__    To __PRESENT__

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|

26b.1.    Jack & Co., Ltd. Mia Jack
Name
6206 W Desert Inn Road Suite A
Street

Las Vegas,                        NV            89146
City                              State          ZIP Code

From __2016__    To __PRESENT__

26b.2.
Name

Street

City                              State          ZIP Code

From _____    To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    Zsolt Szorenyi
Name
PO BOX 778367
Street

Henderson,                        NV            89077
City                              State          ZIP Code

Debtor    Zomer LLC
          Name                                                    Case number (if known)_____

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Mercedes Tan | |
| | Name | |
| | 1940 Canvas Edge Dr | |
| | Street | |
| | Henderson            NV            89044 | |
| | City            State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

| 26d.1. | Name |
|---|---|
| | Street |
| | City            State            ZIP Code |

Name and address

| 26d.2. | Name |
|---|---|
| | Street |
| | City            State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

| 27.1. | Name |
|---|---|
| | Street |
| | City            State            ZIP Code |

Debtor    Zomer LLC
_____                    Case number *(if known)*_____
          Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.    _____
         Name
         _____
         Street
         _____
         _____
         City                              State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Zsolt Szorenyi | PO BOX 778367 | Manager | 50% |
|  | Henderson, NV 89077 |  |  |
| Mercedes Tan | 1940 Canvas Edge Dr | Manager | 50% |
|  | Henderson NV 89044 |  |  |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    Mercedes Tan | $8,480 | 2/27/2024 | Stolen by ~~Mercedes Tan~~ via Zelle |
| Name | | | |
| 1940 Canvas Edge Dr | | 4/15/2024 | |
| Street | | | |
| Henderson          NV          89044 | | _____ | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | _____ | |
| estranged wife | | _____ | |

Debtor   Zomer LLC
         _____          Case number *(if known)*_____
         Name

| | Name and address of recipient | | | |

30.2    _____          _____   _____   _____

        Name
        _____                           _____

        Street
        _____                           _____

        City                          State        ZIP Code                  _____

        **Relationship to debtor**                                           _____

        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**Name of the parent corporation**                        **Employer Identification number of the parent corporation**

_____          EIN: ___ ___ – ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

**Name of the pension fund**                              **Employer Identification number of the pension fund**

_____          EIN: ___ ___ – ___ ___ ___ ___ ___ ___

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/21/2024
               MM / DD / YYYY

✘ _____          Printed name   Zsolt Szorenyi
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

NVB 1007-1 (Rev. 12/15)

1    Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

2

3

4                    **UNITED STATES BANKRUPTCY COURT**

5                        **DISTRICT OF NEVADA**

6

7    In re: *(Name of Debtor)*                    BK-

8    ZOMER LLC                                    Chapter: 7

9                                                 VERIFICATION OF CREDITOR MATRIX

10                        Debtor(s)

11

12     The above named Debtor hereby verifies that the attached list of creditors is true and correct to

13    to the best of his/her knowledge.

14

15    Date 6/21/2024                              Signature _____

16

17

18    Date _____                    Signature _____

19

20

21

22

23

24

25

26

27

28                                        1

American Express
Attn: Bankruptcy Dept/Managing agent
PO BOX 60189
City of Industry, CA 91716-0189


Chase Card Member Service
Attn: Bankruptcy Dept/Managing agent
PO BOX 6294
Carol Stream, IL 60197-6294


Southwest Rapid Rewards
Attn: Bankruptcy Dept/Managing agent
PO BOX 15298
Wilmington, DE 19850-5298


Home Depot Credit Services
Attn: Managing Member
PO BOX 78047
Phoenix, AZ 85062-8047


Citi Financial Servicing
Attn: Bankruptcy Dept/Managing agent
PO BOX 6771
Sioux Falls, SD 57117


Truist Financial Corporation
Attn: Bankruptcy Dept/Managing agent
PO BOX 117320
Atlanta, GA 30368-7320


Chase Sapphire Reserve
Attn: Bankruptcy Dept/Managing agent
PO BOX 15298
Wilmington, DE 19850


Best Buy Credit Services
Attn: Bankruptcy Dept/Managing agent
PO BOX 6204
Sioux Falls, SD 57117-6204


Cordan LLC
Attn: Bankruptcy Dept/Managing agent
8125 Eagle Clan Ct
Las Vegas, NV 89131

Pedraza Lawn Services
Attn: Bankruptcy Dept/Managing agent
1517 Silver mesa Way
Las Vegas, NV 89169


Lori Spencer
Attn: Bankruptcy Dept/Managing agent
628 Avenue M
Boulder City, NV 89005


Juan Alvarez
Attn: Bankruptcy Dept/Managing agent
3840 Mountain trail
Las Vegas, NV 89108


State of Nevada Controllers Office
Attn: Collections Department
101 N Carson St, Suite 5
Carson City, NV 89701


Phillip Trenchak
Attn: Bankruptcy Dept/Managing agent
1614 S Maryland Pkwy
Las Vegas, NV 89104


Matthew Friedman
Attn: Bankruptcy Dept/Managing agent
2200 Paseo Verde Pkwy#350
Henderson, NV 89002


MB Financial Services
Attn: Bankruptcy Dept/Managing agent
14372 heritage Pkwy
Fort Worth, TX 76177


US Small Business Administration
Office of General Counsel
312 N Spring St, 5th Floor
Los Angeles, CA 90012


Zomer LLC
1940 Canvas Edge Dr
Henderson, NV 89044

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
PO BOX 551401
Las Vegas, NV 89155

Social Security Administration
Office of the General Counsel
Office of program Lit. Attn: bankruptcy
6401 Security Blvd
Baltimore, MD 21235

Internal Revenue Service
Attn: Bankruptcy Dept/Managing agent
PO BOX 7346
Philadelphia, PA 19101

Dept of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Clark County Treasurer
c/o Bankruptcy Clerk
500 Grand central Pkwy
PO BOX 551220
Las Vegas, NV 89155

Nevada Department of Taxation
Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101